UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| VICTOR C. WILHOITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CV-32 |
| | ) | (VARLAN/GUYTON) |
| BI-LO, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by the Order [Doc. 36] of the Honorable Thomas A. Varlan, United States District Judge, for disposition of defendant's Motion to Compel [Doc. 35] and Supplemental Motion to Compel [Doc. 38].

In its motion, as supplemented, the defendant moves the Court to order the Social Security Administration to provide to defense counsel a complete, certified copy of all records, both electronic and paper, relating to Mr. Wilhoite's application for, consideration of, and approval for social security disability benefits filed following his termination on or about January 21, 2005. Plaintiff's counsel, Beecher A. Bartlet, Jr., informed the Court telephonically that the plaintiff does not oppose this motion.

Accordingly, for good cause shown, the defendant's motion [Doc. 35] and supplemental motion [Doc. 38] are hereby **GRANTED**. The Social Security Administration is hereby **ORDERED** to provide counsel for Bi-Lo, LLC, a complete, certified copy of all records, both electronic and paper, related to Mr. Victor C. Wilhoite's application for, consideration of, and

approval for social security disability benefits filed following his termination on or about January 21, 2005.

**IT IS SO ORDERED.**

                                      **ENTER:**

                                      <u>    s/ H. Bruce Guyton    </u>
                                      United States Magistrate Judge